IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL LIFE INSURANCE COMPANY (MUTUAL) an Illinois Insurance Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLGA ARMENDARIZ, and ERICA GARCIA,<br><br>Defendants, | NO. 12-cv-05141<br><br>Hon. Robert W. Gettleman |

### MOTION FOR ENTRY OF AGREED INTERPLEADER JUDGMENT

Now comes Plaintiff, by its attorneys, and hereby moves for entry of an Agreed Interpleader Judgment, and as grounds therefore states as follows:

1. This is an action for statutory interpleader wherein the defendants have made conflicting claims to the proceeds of a life insurance policy.

2. The parties have agreed, subject to the Court's approval, that the Plaintiff Insurance Company, as stakeholder, be allowed to deposit the said insurance proceeds with the Clerk of the Court, be dismissed from the case, and that the court retain jurisdiction to resolve the merits of the conflicting claims.

3. A copy of the proposed Agreed Interpleader Judgment signed by the respective attorneys is attached hereto as Exhibit A.

Wherefore, Plaintiff prays for the entry of an Agreed Interpleader Judgment as set forth in Exhibit A attached hereto.

Attorney for Plaintiff

1

Gary E. Dienstag
Springer, Casey & Dienstag, P.C.
100 W. Monroe St.
Chicago, Il. 60603
312-372-0800
Attorney for Plaintiff